

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00465-CV

**HOUSING AUTHORITY OF ALICE**,
Appellant

v.

**TEXAS MUNICIPAL LEAGUE SELF-INSURANCE FUND** aka Texas Municipal League
Intergovernmental Risk Pool,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54404-CV
Honorable Oscar (O.J.) Hale, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file appellant's reply brief is granted. We order appellant's reply brief due December 14, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court